IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

FILED
JAN -9 2013
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| TYRONE L. FARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) No. CIV-12-1099-W |
| C/O FRAZIER, J., et al., | ) |
| Defendants. | ) |

## ORDER

On December 17, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended that the Motion for Leave to Proceed in Forma Pauperis filed by plaintiff Tyrone L. Farris, proceeding pro se, be denied and that Farris be ordered to pay the filing fee in full. Farris was advised of his right to object, see Doc. 15 at 2, but no objections have been filed within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Bacharach's suggested disposition of Farris' request to proceed without prepayment of the filing fee.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 15] issued on December 17, 2012;

(2) DENIES Farris' Motion for Leave to Proceed in Forma Pauperis [Doc. 13] file-stamped December 13, 2012;

(3) ORDERS Farris to pay the filing fee of $350.00 in full on or before January 30, 2013; and

(4) ADVISES Farris that his failure to timely pay the filing fee or to show good cause for his failure to do so will result in dismissal of this matter without prejudice.

ENTERED this 9th day of January, 2013.

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE